# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-70272-JAD |
| | : | |
| **Finkbeiner & Associates, Inc.,** | : | |
| | : | Chapter 7 |
| **Debtor** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **James R. Walsh, Trustee of the Bankruptcy Estate of Finkbeiner & Associates, Inc.,** | : : : | Doc. No. _____ Related to Doc. No. 26 |
| | : | |
| **Movant** | : : | Hearing Date & Time: November 2, 2018 at 10:00 a.m. |
| v. | : : | |
| **AmeriFactors Financial Group, LLC; Commonwealth of Pennsylvania, Department of Revenue; Cricket Enterprises LLC; Finkbeiner & Associates, Inc.; Royal Bank America Leasing, L.P.; United States of America, Internal Revenue Service;** | : : : : : : : : | |
| **Respondents** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING ON MOTION TO SELL AT
## <u>PUBLIC AUCTION SALE, FREE AND DIVESTED OF LIENS</u>

To the creditors and parties in interest of the above named debtor:

**NOTICE IS HEREBY GIVEN THAT** <u>*James R. Walsh, Trustee of the Bankruptcy Estate of Finkbeiner & Associates, Inc.*</u> has filed a motion for sale of the following property:

*Miscellaneous Railroad Repair Equipment*

by auction sale, selling to the highest bidder the property described above, piecemeal or in bulk, on **Friday, November 16, 2018 commencing at 9:30 a.m.** at the current location of the subject property at <u>*14337 Dunnings Hwy., East Freedom, PA  16637*</u>.

      A Notice has been issued, setting a hearing for **November 2, 2018 at 10:00 a.m.**, before Judge Jeffery A. Deller, in *Courtroom B of the United States Bankruptcy Court for the Western District of Pennsylvania, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901*, at which time, objections to said sale will be heard.

Date of Notice <u>September 13, 2018</u>

                                                                    Clerk, U.S. Bankruptcy Court

Arrangements for inspection prior
to said sale hearing may be made with:

**Ron Gilligan**
**Ron Gilligan Auctioneering**
**3771 W. Whitehall Road, PA**
**Furnace, PA  16865**
**tel: 814.237.0189**
**fax: 814.238.2050**